No. 04-01-00398-CV



IN RE RELIABLE AMBULANCE SERVICE OF LAREDO, INC.


Original Mandamus Proceeding


Arising from the 49th Judicial District Court, Webb County, Texas 


Trial Court No. 2000-CVQ001030-D1

Honorable Manuel Flores, Judge Presiding





PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Karen Angelini, Justice


Delivered and Filed: September 26, 2001


PETITION FOR WRIT OF MANDAMUS DENIED


 On June 13, 2001, relator filed a petition for writ of mandamus. This court has determined
that relator is not entitled to the relief sought. Therefore, the petition is DENIED. Tex. R. App. P.
52.8(a).

 Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH